**Order entered October 16, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00033-CR

**CHARLES WILLIAM BRYANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR17-2311**

## ORDER

The State's motion for leave to file a late brief is **GRANTED**. The State's brief is due by

November 8, 2019.

/s/    DAVID L. BRIDGES
          PRESIDING JUSTICE